IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, COLORADO, DELAWARE, HAWAII, ILLINOIS, MARYLAND, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO,  VIRGINIA, and the DISTRICT OF COLUMBIA, *ex rel.* THOMAS PROCTOR,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAFEWAY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 11-3406 |

## **ORDER**

RICHARD MILLS, U.S. District Judge:

This matter is before the Court pursuant to the United States' and Relator's Joint Motion to Correct the Record [d/e 84] in the Court's previous Order Denying the Defendant's Motion to Dismiss [d/e 71].   The Defendant does not object to the motion.

For good cause shown, The United States' and Relator's Joint Motion to Correct the Record [d/e 84] is GRANTED.

IT IS THEREFORE ORDERED, in accord with Federal Rule of Civil

Procedure 60(a), that the Court's Order Denying the Defendant's Motion to Dismiss [d/e 71], is hereby corrected *Nunc Pro Tunc* to provide only the claims asserted on behalf of the State of Maryland are dismissed with prejudice while the claims asserted on behalf of the State of Colorado are not dismissed and are to proceed.

ENTER: June 9, 2017

        FOR THE COURT:

                            /s/ *Richard Mills*
                            Richard Mills
                            United States District Judge