# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 3, 2023

Clerk
United States Court of Appeals
  for the Seventh Circuit
E. M. Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604-1702

      Re:  U.S., et al., ex rel. Proctor
           v. Safeway, Inc.
           No. 22-111 (Your docket No. 20-3425)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                        Sincerely,

                                        SCOTT S. HARRIS, Clerk

                                        By

                                        M. Altner
                                        Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 3, 2023

Mr. Tejinder Singh, Esq.
Sparacino PLLC
1920 L Street, NW
Suite 835
Washington, D.C. 20036

Mr. John Caviness O'Quinn, Esq.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004

  Re: U.S., et al., ex rel. Proctor
     v. Safeway, Inc.
     No. 22-111

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Seventh Circuit.

  The petitioner is given recovery of costs in this Court as follows:

    **Clerk's costs:**    $300.00

This amount may be recovered from the respondent.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By

          *M. Altner*
          M. Altner
          Assistant Clerk– Judgments

cc:  Clerk, U.S. Court of Appeals for the Seventh Circuit
   (Your docket No. 20-3425)

# Supreme Court of the United States

No. 22–111

**UNITED STATES, ET AL., EX REL. THOMAS PROCTOR,**

Petitioner

v.

**SAFEWAY, INC.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Seventh Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Seventh Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, United States, et al., ex rel. Thomas Proctor, recover from Safeway, Inc., Three Hundred Dollars ($300.00) for costs herein expended.

June 1, 2023

**Clerk's costs:**     $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States