**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, COLORADO, DELAWARE, HAWAII, ILLINOIS, MONTANA, NEW JERSEY, NEW MEXICO, NEVADA, VIRGINIA, and the DISTRICT OF COLUMBIA, ex rel. THOMAS PROCTOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC.,<br><br>Defendant. | Case No. 11-CV-3406-KEM-KLM |

## LOCAL RULE 11.2 DESIGNATION OF LEAD COUNSEL

Enu Mainigi is hereby designated as lead counsel for Defendant and will be responsible for receipt of telephone conference calls.

DATED: August 9, 2023

Respectfully submitted,

By: /s/ Enu Mainigi
Enu Mainigi
Williams and Connolly LLP
680 Maine Street, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 9, 2023, pursuant to Local Rule 5.2 and Federal Rule of Procedure 5(b), that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF and served upon counsel of record.

                                                     /s/ Enu Mainigi
                                                     Enu Mainigi