# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, COLORADO, DELAWARE, HAWAII, ILLINOIS, MONTANA, NEW JERSEY, NEW MEXICO, NEVADA, VIRGINIA, and the DISTRICT OF COLUMBIA, ex rel. THOMAS PROCTOR,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SAFEWAY, INC.,<br><br>        Defendant. | Case No. 11-CV-3406-SEM-KLM |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Defendant respectfully moves for an Order allowing the withdrawal of Samiyyah Ali as counsel for Defendant in this case. Defendant will continue to be represented in this case by Enu Mainigi, Craig Singer, Jennifer Wicht, and Adam Joshua Podoll, each of whom has an appearance on record.

1

DATED: March 21, 2024

Respectfully submitted,

By: /s/ *Enu Mainigi*
Enu Mainigi
*Lead Counsel*
Craig Singer
Jennifer Wicht
A. Joshua Podoll
Samiyyah Ali
WILLIAMS & CONNOLLY LLP
680 Maine Ave, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
csinger@wc.com
jwicht@wc.com
apodoll@wc.com
sali@wc.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2024, in accordance with Local Rule 5.3 and Federal Rule of Civil Procedure 5(b), this document was filed electronically with the Clerk of the Court using CM/ECF and served upon counsel of record.

/s/ Enu Mainigi
Enu Mainigi